JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE MARVIN JENNINGS,<br><br>    Petitioner,<br><br>    v.<br><br>PEOPLE OF THE STATE OF RIVERSIDE CA,<br><br>    Respondent. | NO. EDCV 20-00028-ODW (KS)<br><br>JUDGMENT |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: March 24, 2020

_____
OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE

1